IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOROTHY SPEIGHT and CARL SPEIGHT,<br>        Plaintiffs,<br><br>v.<br><br>CARLOS QUILES; DONALD BERGER; IVAN DELGADO; KENNETH LYONS; PETER LAX; TAK CUN LAM; CITY OF PHILADELPHIA; CITY OF PHILADELPHIA; JEWELL WILLIAMS; and RICHARD VERRECHIO,<br>        Defendants. | CIVIL ACTION<br><br>NO. 14-6760 |

## O R D E R

**AND NOW**, this 23rd day of June, 2015, upon consideration of Defendants City of Philadelphia, Office of the Sheriff of the County of Philadelphia, Jewell Williams, and Richard Verrechio's (the City Defendants') Motion to Dismiss Amended Complaint Pursuant to Fed Civ. P. 12(b)(6) (ECF No. 31) and the opposition thereto, and upon consideration of Defendant Lam's Motion to Dismiss Amended Complaint Pursuant to Fed Civ. P. 12(b)(6) (ECF No. 33) and the opposition thereto, **IT IS ORDERED** that the City Defendants' Motion is **GRANTED IN PART AND DENIED IN PART**:

The City Defendants' Motion is **GRANTED** as to the claims against Defendants Williams and Verrechio in their official capacities, but those claims shall be treated as claims against the municipal defendants. The Motion is **DENIED** in all other respects; and

Defendant Lam's Motion is **DENIED.**

**BY THE COURT:**

/s/ Wendy Beetlestone

_____
**WENDY BEETLESTONE, J.**